IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKEL R. BROWN,

    Plaintiff,                      No. CIV S-09-0439 GEB DAD PS

    vs.

SOLANO COUNTY,

    Defendant.                   ORDER

_____/

        Plaintiff, proceeding in propria persona, filed a document that has been liberally construed as a civil rights complaint. The case has been referred to the undersigned in accordance with Local Rule 72-302(c)(21) and 28 U.S.C. § 636(b)(1).

        Plaintiff has filed two state forms. One is a Government Tort Claim Form, in which plaintiff asserts a claim against Solano County for $55,000.00. Plaintiff alleges that the Solano County Jail in Fairfield and its medical department are violating his rights by not giving him medical or ADA work credits, thereby discriminating against him on the basis of his inability to work and failing to treat him the same as inmates who are able to work for credits. The other form is an Affidavit for Waiver of Government Claims Filing Fee and Financial Information Form, in which plaintiff requests a waiver of the $25 fee to file a government claim with the Victim Compensation and Government Claims Board.

1

1    Plaintiff's tort claim form provides a private mailing address. However, plaintiff's allegations and exhibits reveal that he is an inmate in the Solano County Jail in Fairfield. It appears that plaintiff may have intended to send his forms to the Victim Compensation and Government Claims Board. Plaintiff will be directed to file a statement in which he clarifies whether he intended to send his forms to the state claims board. If plaintiff's forms were sent to the federal district court in error, plaintiff may request voluntary dismissal of this action without prejudice.

   If plaintiff notifies the court that he sent his forms to this district court because he wants to pursue judicial remedies on federal claims, the court will then dismiss the current complaint with leave to file an amended complaint on an appropriate form. Plaintiff will also be required to file a new in forma pauperis application on the form to be used by a prisoner proceeding in federal court. See 28 U.S.C. § 1915(a)(2) & (b)(1) & (2). When a prisoner applies for leave to proceed in forma pauperis, the court is required to assess the $350.00 filing fee regardless of the prisoner's present ability to pay. The prisoner's custodians must be directed to send payments to the court when funds are available in plaintiff's inmate trust account, as set forth in 28 U.S.C. § 1915(b)(2), until the full amount of the filing fee has been paid.

   Good cause appearing, IT IS ORDERED that plaintiff is granted twenty days from the date of this order to file a declaration in which he states whether his state tort claim form was sent to this court in error or whether he seeks to proceed with federal claims in a civil case.

DATED: February 25, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1/orders.pro se/brown0439.ifp.compl

2