IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKEL R. BROWN,

    Plaintiff,                    No. CIV S-09-0439 GEB DAD PS

    vs.

SOLANO COUNTY,

    Defendant.                ORDER

_____/

        By order filed February 25, 2009, the pro se plaintiff was required to file a declaration stating whether his state tort claim form and his application for waiver of state tort claim fee were sent to this court in error. In response, plaintiff states that he wants to proceed with a civil case in federal court. Plaintiff has also filed a complaint on the form appropriate for use by a prisoner filing a civil rights action pursuant to 42 U.S.C. § 1983, along with an application to proceed in forma pauperis by a prisoner. Although plaintiff previously provided a private address, it is apparent from the new filings that plaintiff is currently confined in the Solano County Jail in Fairfield, California. Due to plaintiff's erroneous filing of state tort claim forms and his failure to identify himself clearly as a person in state custody, this case has not been opened properly or assigned in accordance with the procedures that govern cases filed by persons in state custody. See Appendix A(k).

1

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court shall make all necessary amendments to the court's docket for this case to reflect that this is an action brought pursuant to 42 U.S.C. § 1983 by a person in state custody;

2. Because this is an action encompassed by Local Rule 72-302(c)(17), the Clerk shall amend the judge assignment as needed to comply with Appendix A(k) and make appropriate adjustments in the assignment of civil cases to compensate for the amendment; and

3. The Clerk is directed to send the pro se plaintiff any necessary case opening documents that have not been sent to him.

DATED: March 16, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1/orders.pro se/brown0439.ord.pcase